```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**Coldwell Banker Real Estate, LLC**

    **v.**                                                                   Case No. 08-cv-50-PB

**Brian Moses Realty, Inc., et al.**

## NOTICE OF RULING

    **Re:  Document No. 35, Motion to Dismiss**

    **Ruling:**  The counterclaims are weak and are unlikely to survive a motion for summary judgment challenging their validity. Nonetheless, given the liberal standard of review that I must use at this stage of the proceedings, I cannot deny defendants the opportunity to develop their claims through discovery.  The motion is denied without prejudice to the plaintiffs' right to renew its arguments in a properly supported motion for summary judgment.

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                District Judge

December 1, 2008

cc:  Stanley Norkunas, Esq.
     Aixa Maldonado-Quinones, Esq.