```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Coldwell Banker Real Estate, LLC**

    **v.**                                              Case No. 08-cv-50-PB

**Brian Moses Realty, INc., et al.**


### O R D E R

I recuse myself from presiding over this case and direct the clerk to assign the case to a different judge.

SO ORDERED.

                                                /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

January 19, 2010

cc:   Bethany L. Appleby, Esq.
       Peter G. Callaghan, Esq.
       Seth L. Huttner, Esq.
       Steven M. Gordon, Esq.
       Charles G. Holoubek, Esq.
       Conrad WP Cascadden, Esq.
       William E. Christie, Esq.